IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE OSWALD COBAR, | No. C 12-02920 CW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Plaintiff, a federal prisoner, has filed a pro se complaint under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, in which he seeks access to certain documents in the possession of the Drug Enforcement Administration (DEA) in its FOI/Records Management Section in Virginia.  Plaintiff was convicted in Las Vegas, Nevada, and is incarcerated at the Federal Correctional Institution (FCI) in Oakdale, Louisiana.

Under the FOIA, an agency may be sued in the district where the plaintiff resides or has his principal place of business, or in the district where the records are located, or in the District of Columbia.  5 U.S.C. § 552(a)(4)(B).  In this case, Plaintiff resides at FCI Oakdale, in Louisiana.  Further, Plaintiff maintains that the records he seeks are located at the DEA's FOI/Records Management Section in Virginia.  Therefore, venue is not proper in this district.

When venue is improper, the district court has the discretion either to dismiss the case or transfer it "in the interest of justice."  28 U.S.C. § 1406(a).  Orders respecting venue are

interlocutory in nature and are not appealable prior to final judgment. <u>Pacific Car & Foundry Co. v. Pence</u>, 403 F.2d 949 (9th Cir. 1968).

In the interest of justice and pursuant to 28 U.S.C. § 1406(a), the Court finds it proper to transfer this action to the district in which Plaintiff resides. Accordingly, this action is hereby TRANSFERRED to the Western District of Louisiana, wherein FCI Oakdale is located. 28 U.S.C. § 98(c).

The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 6/21/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2