UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENE OSWALD COBAR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 12-1222 (ESH) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 22] is **DENIED**; and it is further

**ORDERED** that by no later than August 8, 2013, the DEA must acknowledge the existence of any records responsive to Plaintiff's FOIA requests and either (1) disclose any responsive documents, or (2) establish the applicability of one or more FOIA exemptions protecting the disclosure of the content of the documents, by way of a renewed motion for summary judgment.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  June 6, 2013